# EXHIBIT B

**25 AUGUST 2017**
**0900 HRS**

## POSTMORTEM EXAMINATION
## OF THE BODY OF
## MARK J. ASAY

The body is that of a well-developed well-nourished middle aged white man measuring 71 inches in length and weighing 215 pounds. It is received clad in a white short sleeve dress shirt with button down collar, black suit trousers, white boxer briefs and a pair of black cotton socks over a second pari of white cotton socks.

A jacket to the suit trousers is folded and laying over the legs of the decedent.

A manila identification label is attached to the great toe of the right foot.

Six electrocardiographic leads are attached to anterior trunk, four in upper right and left chest walls and two in left upper and mid abdomen.

Intravascular lines protrude from punctures in right and left antecubital fossae (elbows). Catheter tips are appropriately positioned within antecubital vein lumina in both right and left arms.

Body temperature is cold. Full rigor mortis is present in neck, arms and legs and lividity of violaceous hue is present on posterior dependent surfaces of the body.

Eyes are blue and pupils equal, round and 3 mm in diameter. Scalp hair is brown, close cut and has slight greying at temples and elsewhere. There is mild bifrontal and occipital balding.

No non-iatrogenic injuries are seen on front or back of body.

Numerous tattoos are present on anterior and posterior trunk and on right and left arms.

1

ASAY, MARK                                                            ME17-481

Findings on external examination are recorded in diagrams accompanying this report.

Scalp, calvarium and skull base are intact. Brain weight is 1540g. Dura and leptomeninges are unremarkable. Cerebral hemispheres are symmetrical and have normal gyral configurations. Arteries of the Circle of Willis are normally distributed and free of notable congenital anomaly or atheromatous deposit. There is no evidence of asymmetric displacement of brain structures. Multiple coronal cuts through brain and upper cervical spinal cord reveal no other abnormalities.

Oral cavity and neck organ block are free of trauma and obstruction. Thyroid has symmetric lobes of normal size.

Adiposus panniculus has a 1.5 inch thickness. Pleural, pericardial and peritoneal spaces are free of blood, exudate or adhesions.

Heart weight is 470g. Epicardial surfaces are smooth and glistening. Coronary circulation is right dominant. The small caliber right coronary artery has focal 50% luminal compromise by calcific atheromatous deposit distal to the acute margin. Elsewhere there is adequate luminal patency.

Left main coronary trunk is widely patent. Circumflex branch and anterior descending branch of left coronary artery have focal 50 to 60% luminal narrowing by atheromatous deposits. Myocardium is homogeneous red-brown with a normal firm consistency. There is no evidence of recent or remote infarct. Valves and endocardial surfaces are unremarkable. Cardiac chambers are mildly distended with clotted and unclotted blood.

Aorta is mildly sclerotic throughout the thoracic portion of its distribution and mildly to moderately sclerotic proximal to the iliac bifurcation. Within the abdomen, there are small mural thrombi and thin calcific deposits in distal aorta wall. Vessels originating in aorta are adequately patent in proximal portions of their distribution.

Right and left lungs weigh 770g and 670g respectively. Posterior hypostasis is present. Lungs substance is moderately increased in firmness and subcrepitant. Sectioned surfaces in all lobes of both lungs are dark red-purple posteriorly and slightly lighter pink anteriorly. No antemortem diseases or injuries are identified in either lung or in the mediastinal lymph nodes

Esophagus is intact. Stomach contain 2 ounces of grey-brown fluid. No intact capsules, tablets or crystalline residues are recovered from stomach or from proximal small bowel. Gastrointestinal mucosa is autolyzed. Vermiform appendix is present. Large bowel contains a moderate quantity of pasty dark brown stool. Colorectal mucosa is smooth and grey.

Liver weight is 1800g. Capsular surface is smooth and glistening; sectioned surface is dark red-brown. Hepatic parenchyma is slightly softer than usual. Gallbladder contains several milliliters of golden brown bile.  Extrahepatic biliary tree is patent.

Pancreas and adrenal glands are autolyzed.

Spleen weight is 190g. Capsular surface is smooth and grey; sectioned surface is dark red-purple. Splenic parenchyma is firm.

Right and left kidneys have a combined weight of 360g. Cortical surfaces are smooth. Cortices and medullae have normal thicknesses and are distinctly demarcated. Renal vessels, pelvocalyceal systems and ureters are unremarkable. Urinary bladder is

ASAY, MARK                                                              ME17-481

distended with 24 ounces of straw colored urine. Prostate is mildly enlarged with a bulging central zone and compressed peripheral rim. External genitalia are normal male. No recent bony injuries are seen in axial skeleton or in appendicular skeleton.

Decalcified coronary artery cross sections confirm variable luminal compromise with up to 60% stenosis by calcific atheromatous deposits in right and left coronary arteries

Brain and heart sections are negative for significant recent or remote ischemic injury. Lungs have generalized acute vascular congestion and foci of atelectasis. Liver has patchy mild macrovesicular steatosis of hepatocytes and dilated sinusoids. Pancreas is markedly autolyzed. Kidney vessels and glomeruli are congested. Prostate is negative for tumor.

ASAY, MARK                                                    ME17-481

## AUTOPSY FINDINGS

1. INTRAVENOUS CATHETER TIPS APPROPRIATELY PLACED IN RIGHT
   AND LEFT ANTECUBITAL VEIN LUMINA

2. HEAVY LUNGS (770g/670g) WITH NONSPECIFIC CONGESTION AND
   EDEMA

3. ENLARGED HEART (470g) WITH MILDLY DILATED CARDIAC
   CHAMBERS

4. DISTENDED URINARY BLADDER CONTAINING 24 OUNCES OF STRAW
   COLORED URINE.

5. MILD NODULAR HYPERPLASIA OF PROSTATE

6. CALCIFIC CORONARY ARTERY ATHEROSCLEROSIS WITH MILD TO
   MODERATE NARROWING OF RIGHT AND LEFT CORONARY ARTERIES

**PROBABLE CAUSE OF DEATH:**   **INJECTION OF LETHAL TOXINS**

**MANNER OF DEATH: HOMICIDE**

WILLIAM F. HAMILTON, M.D.
23 Oct 2017

WFH/mb

5

**ME17-0481   Asay, Mark J      53, W, M**                    DOD: 08/24/2017          DOB: 03/12/1964

Prisoner: ☒      Infectious: ☐

Front                                          Back



ΔP 1½"
VR 24 g
GA 2 g
───────
470
770 /670
1800 /190
CW 360
1540

IV                                   IV

[O LABEL:
ASAY, MARK]

Date Body Viewed: 25 AUGUST 2017        Time: 0600

Date Printed:  08/24/2017, 7:25:27 PM, Page: 2

OFFICE OF THE MEDICAL EXAMINER

606 SW 3RD AVE

GAINESVILLE, FL 32601

## BODY DIAGRAM



Decedent's
Height __71__ inches
Weight __215__ pounds

Name __ASAY, MARK J__
Examined __Wm F Hamilton DMD__ __25 AUGUST 2017__

- CONFIDENTIAL -

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
4800 SW 35th Drive
Gainesville, FL  32608
Phone: 352-265-9900    Fax: 352-265-9904

Page: 1 of  1

LAB NUMBER:       R17-02078
NAME:                   Asay, Mark
CASE NO:              17-481
RECEIPT DATE:    08/28/2017

**Forensic Toxicology Laboratory**

---

**SUBMITTER:** Dr. William Hamilton, District 8 Medical Examiners Office, 606 SW 3rd Avenue, Gainesville, FL 32601.

**SPECIMENS RECEIVED:**

|    |                   |
|----|-------------------|
| A. | Blood, femoral    |
| B. | Urine             |
| C. | Vitreous Humor    |
| D. | Stomach Contents  |
| E. | Serum             |

---

| Analyte | | Qualitative Results | Quantitative Results |
|---|---|---|---|
| **VOLATILES** | | | |
| A. Blood | | None Detected | |
| B. Urine | | None Detected | |
| **COMPREHENSIVE DRUG SCREEN** | | | |
| A. Blood | Etomidate | | Positive (tentative ID by GC-MS) |
| B. Urine | Etomidate | | Positive (tentative ID by GC-MS) |

**RESULT CERTIFICATION:**

Results Certified by:

Bruce A. Goldberger, Ph.D., F-ABFT
Director of Toxicology & Professor

R1702078 - 01/ BG                    11/07/17      [ 0001 ]
PRINTED:  11/07/17

*Reviewed 07 Nov 2017 — WH*

LAMBRIX, MICHAEL                                                    ME17-561

**06 OCTOBER 2017**
**0930 HRS**

**POSTMORTEM EXAMINATION**
**OF THE BODY OF**
**MICHAEL R. LAMBRIX**

The body is that of a well-developed well-nourished middle aged white man measuring 69 inches in length and weighing 202 pounds. It is clad in a white half sleeve dress shirt, black suit trousers, white boxer shorts and black socks. Received with but not on the body is the black suit jacket that coordinates with the trousers.

A manila identification label is attached to the left foot.

Body temperature is cold. Full rigor mortis is present in neck, arms and legs. Lividity of violaceous hue is present on posterior dependent surfaces of the body.

Electrocardiographic leads are attached to right and left upper chest walls and to lateral aspect of left upper abdominal quadrant.

Intravascular lines protrude from punctures in right and left antecubital fossae (elbows). Dissection of the same reveals catheter tips appropriately positioned in antecubital vein lumina.

Tattoos are present on left anterior chest wall, lateral extensor aspect of left upper arm and on dorsum of left hand.

Findings on external surfaces of the body are recorded in a diagram accompanying this report.

Eyes have dark brown irides and pupils that are equal, round and 3 mm in diameter. Bulbar and palpebral conjunctivae are unremarkable.

Oral cavity is free of trauma or obstruction. Teeth are in a good state of repair.

LAMBRIX, MICHAEL                                        ME17-561

Scalp, calvarium and skull base are intact. Brain weight is 1330g. Dura and leptomeninges are unremarkable. Cerebral hemispheres are symmetrical and have normal gyral configurations. Arteries of the Circle of Willis are normally distributed and free of notable congenital anomaly or atheromatous deposit. There is no evidence of asymmetric displacement of brain structures. Multiple coronal cuts through brain and upper cervical spinal cord reveal no other abnormalities.

Neck organ block is intact. Thyroid has symmetric lobes of normal size. A rubbery firm circumscribed 2.8 x 2.0 x 1.5 cm nodule protrudes from lateral aspect of thyroid left lobe lower pole. Cut surface of the nodule is slightly translucent, smooth, grey-white and tissue bulges slightly above the surrounding thin connective tissue capsule.

Adiposus panniculus has a 1 inch thickness. Pleural, pericardial and peritoneal spaces are free of blood, exudate and adhesions.

Heart weight is 440g. Epicardial surfaces are smooth and glistening. Coronary circulation is right dominant. Right coronary artery, left main coronary trunk and circumflex branch are widely patent. A focal 50% narrowing of vessel lumen by soft yellow atheromatous deposit is identified 1.5 cm distal from the origin of the left anterior descending coronary artery. Distally wide luminal patency is restored.

Myocardium is homogeneous red-brown with a normal firm consistency. There is no evidence of recent or remote infarct. Valves and endocardial surfaces are unremarkable. Cardiac chambers are mildly distended with clotted and unclotted blood.

Aorta has minimal atherosclerotic changes throughout its length and vessels originating therefrom are widely patent in proximal portions of their distribution.

Right and left lungs weigh 900g and 660g respectively. Posterior hypostasis is present. Lung substance is moderately increased in firmness and decreased in crepitance. Sectioned surfaces are congested dark red-purple posteriorly and lighter pink anteriorly. Frothy red tinged fluid oozes from cut surfaces with slight manual compression.

No antemortem diseases or injuries are identified in either lung or in the mediastinal lymph nodes.

Esophagus is intact. Stomach contains 0.5 ounce of sticky grey-tan fluid. No intact capsules, tablets or crystalline residues are recovered from stomach or from proximal small bowel. Gastrointestinal mucosa is autolyzed. Vermiform appendix is present. Large bowel contains a moderate quantity of pasty green-brown stool.

Liver weight is 2300g. Capsular surface is smooth and glistening; sectioned surface is uniform red-brown. Hepatic parenchyma is slightly softer than usual. Gallbladder contains about 1 ounce of golden brown bile and a solitary bluntly spiculated black stone of 5 mm diameter. No additional stones are identified in extrahepatic biliary tree.

Pancreas and adrenal glands are mildly autolyzed.

Spleen weight is 250g. Capsular surface is smooth and grey; sectioned surface is red-purple. Splenic parenchyma has a normal firm consistency.

Right and left kidneys have a combined weight of 350g. Cortical surfaces are smooth. Cortices and medullae have normal thicknesses and are distinctly demarcated. Renal vessels, pelvocalyceal systems and ureters are unremarkable. Urinary bladder contains 1.5 ounces of very pale straw colored urine. Prostate is mildly enlarged with a bulging central zone and peripheral rim. External genitalia are normal male.

No recent injuries are seen in axial skeleton or in appendicular skeleton.

LAMBRIX, MICHAEL                                              ME17-561

Sections of thyroid have an active lymphocytic thyroiditis with germinal centers and oxyphil cell metaplasia. A perithyroidal lymph node has a diffuse predominantly large cell lymphocytic infiltrate.   No atypical lymphoid infiltrates are seen in remaining histologic sections of other organs and tissues. A section of mediastinal lymph nodes has hyalinized small granulomas. Multiple lung sections have the anticipated marked vascular congestion, atelectasis and interstitial edema.

LAMBRIX, MICHAEL                                                    ME17-561

## **AUTOPSY FINDINGS**

1. INTRAVENOUS CANNULAE APPROPRIATELY POSITIONED IN
   ANTECUBITAL VEIN LUMINA OF BOTH ARMS

2. HEAVY LUNGS (900g/660g) WITH NONSPECIFIC CONGESTION AND
   EDEMA

3. CARDIOMEGALY, MILD (440g)

4. FOCAL CORONARY ARTERY ATHEROSCLEROSIS WITH 50% STENOSIS OF
   LEFT ANTERIOR DESCENDING CORONARY ARTERY AND WIDE
   LUMINAL PATENCY OF LEFT MAIN CORONARY TRUNK, LEFT
   CIRCUMFLEX ARTERY AND RIGHT CORONARY ARTERY

5. CHOLELITHIASIS WITH SOLITARY 0.5 CM SPICULATED BLACK STONE
   (C/W CALCIUM BILIRUBINATE) IN GALLBLADDER LUMEN

6. CHRONIC LYMPHOCYTIC THYROIDITIS OF HASHIMOTO TYPE

7. ATYPICAL LARGE CELL LYMPHOID INFILTRATE IN PERITHYROIDAL
   LYMPH NODE, FAVOR MALIGNANT LYMPHOMA

8. NODULAR HYPERPLASIA OF PROSTATE, MILD

**PROBABLE CAUSE OF DEATH:  INJECTION OF LETHAL TOXINS DUE TO
EXECUTION OF DEATH SENTENCE**

**MANNER OF DEATH: HOMICIDE**

**WILLIAM F. HAMILTON, M.D.**
21 Dec 2017

WFH/mb

5

**ME17-0561**   Lambrix, Michael R   57, W, M     DOD: 10/05/2017     DOB: 03/29/1960

Prisoner: ☒   Infectious: ☐



Front

Back

TATTOOS:

0.5 cm GALLSTONE IN GB

THYROID

LT

CIRCUMSCRIBED NODULE
2.0 x 2.0 x 1.5 cm

ID LABEL
"MICHAEL LAMBRIX"

AP: 1"
UR: 1.5 oz
GA: 0.5 oz

440
900 / 660

2300 / 250
CW 350

1330

William F. Hamilton, MD     Date Body Viewed: **10/06/2017**     Time: 0930

Processing Worksheets, District 8 Medical Examiner, Gainesville, FL

**- CONFIDENTIAL -**

**University of Florida Pathology Laboratories**

Department of Pathology and Laboratory Medicine
4800 SW 35th Drive
Gainesville, FL 32608
Phone: 352-265-9900     Fax: 352-265-9904

Page: 1 of  1

| | |
|---|---|
| LAB NUMBER: | R17-02434 |
| NAME: | Lambrix, Michael |
| CASE NO: | 17-561 |
| RECEIPT DATE: | 10/10/2017 |

**Forensic Toxicology Laboratory**

**SUBMITTER:** Dr. William Hamilton, District 8 Medical Examiners Office, 606 SW 3rd Avenue, Gainesville, FL 32601.

**SPECIMENS RECEIVED:**

    A.   Blood, femoral
    B.   Urine
    C.   Vitreous Humor
    D.   Stomach Contents
    E.   Serum

| Analyte | Qualitative Results | Quantitative Results |
|---|---|---|
| **VOLATILES** | | |
| A. Blood | None Detected | |
| B. Urine | None Detected | |
| **COMPREHENSIVE DRUG SCREEN** | | |
| A. Blood | Diazepam | Positive (trace) |
| | Etomidate | Positive (tentative ID by GC-MS) |
| B. Urine | Nordiazepam | Positive |
| | Temazepam | Positive |

**RESULT CERTIFICATION:**

Results Certified by:

*Bruce A. Goldberger [signature]*

Bruce A. Goldberger, Ph.D., F-ABFT
Director of Toxicology & Professor

R1702434 - 01/ BG
PRINTED:  01/03/18

01/03/18      [ 0001 ]

*Reviewed 05 Jan 2018 [signature]*

HANNON, PATRICK                                                    ME17-625

**09 NOVEMBER 2017**
**1215 HRS**

**POSTMORTEM EXAMINATION**
**OF THE BODY OF**
**PATRICK HANNON**

The body is that of a well-developed well-nourished somewhat muscular middle aged white man measuring 74 inches in length and weighing 280 pounds. It is clad in a white short sleeve dress shirt with point collar, a pair of black suit trousers, white boxer shorts and black socks. A manila identification label is attached to the great toe of the left foot.

Body temperature is cold. Full rigor mortis is present in neck, arms and legs. Lividity of violaceous hue is present on posterior dependent surfaces of the body.

Irides are brown and pupils are equal, round and 3 mm in diameter.

Electrocardiographic leads are attached to right and left upper anterior chest walls and to left anterolateral chest all and skin of left upper abdominal quadrant. Intravascular lines protrude from punctures in right and left antecubital fossae (elbows). Dissection of the region reveals cannula tips appropriately positioned within antecubital vein lumina in both arms.

Extensor aspect of right forearm has a tattoo of a scorpion. Block letters in ink have been written on right anterolateral abdominal wall and on anterior surfaces of right and left thighs.

No recent or remote injuries are seen on front or back of body.

Scalp, calvarium and skull base are intact. Brain weight is 1550g. Dura and leptomeninges are unremarkable. Cerebral hemispheres are symmetrical and have normal

1

gyral configurations. Arteries of the Circle of Willis are normally distributed and free of notable congenital anomaly or atheromatous deposit. There is no evidence of asymmetric displacement of brain structures. Multiple coronal cuts through brain and upper cervical spinal cord reveal no other abnormalities.

Oral cavity and neck organ block are free of trauma and obstruction. Thyroid has symmetric lobes of normal size.

Adiposus panniculus has a 2 inch thickness. Pleural, pericardial and peritoneal spaces are free of blood, exudate or adhesions.

Heart weight is 610g. Epicardial surfaces are smooth and glistening. Coronary circulation is right dominant. Large caliber coronary arteries are widely patent in epicardial portions of their distribution. Myocardium is homogeneous red-brown without evidence of recent or remote infarct. Valves and endocardial surfaces are unremarkable. Cardiac chambers are moderately distended with clotted and unclotted blood. Aorta has minimal atherosclerotic change throughout its length and vessels originating therefrom are a widely patent in proximal portions of their distribution.

Right and left lungs weigh 1130g and 1060g respectively. Posterior hypostasis is present. Lung substance is mildly to moderately increased in firmness and decreased in crepitance. Tracheobronchial tree has a coating of blood tinged froth. Cut surfaces of lungs are congested dark red-purple posteriorly and slightly lighter pink anteriorly. Frothy red tinged fluid exudes from cut surfaces with slight manual compression. No antemortem diseases or injuries are identified in either lung or in the mediastinal lymph nodes.

Esophagus is intact. Stomach contains 1 ounce of grey-brown sticky fluid. No intact capsules, tablets or crystalline residues are recovered from stomach or from proximal small

bowel. Gastrointestinal mucosa is autolyzed. Vermiform appendix is present. Large bowel contains a moderate quantity of pasty green-brown stool.

Liver weight is 2490g. Capsular surface is smooth and glistening; sectioned surface is uniform red-brown and smooth. Hepatic parenchyma has a normal firm consistency. Gallbladder contains about 1 ounce of golden brown bile.  Extrahepatic biliary tree is patent.

Pancreas and adrenal glands are mildly autolyzed.

Spleen weight is 390g. Capsular surface is smooth and grey; sectioned surface is red-purple. Splenic parenchyma is firm.

Right and left kidneys have a combined weight of 440g. Cortical surfaces are smooth with incidental fetal lobulations. Cortices and medullae have normal thicknesses and are distinctly demarcated. Renal vessels, pelvocalyceal systems and ureters are intact and unremarkable. Urinary bladder contains about 9 ounces of pale straw colored urine. Prostate is minimally enlarged and rubbery firm. External genitalia are normal male.

Musculoskeletal system is grossly intact.

HANNON, PATRICK                                                    ME17-625

## AUTOPSY FINDINGS

1. INTRAVASCULAR CANNULAE APPROPRIATELY POSITIONED IN RIGHT AND LEFT ANTECUBITAL VEIN LUMINA

2. HEAVY LUNGS (1130g/1060g) WITH NONSPECIFIC CONGESTION AND EDEMA

3. ENLARGED HEART (610g) WITH LEFT VENTRICULAR MYOCARDIAL HYPERTROPHY AND MILDLY DILATED CARDIAC CHAMBERS

**PROBABLE CAUSE OF DEATH:**    INJECTION OF LETHAL TOXINS

**MANNER OF DEATH: HOMICIDE**

**WILLIAM F. HAMILTON, M.D.**

02 Feb 2018

WFH/mb

4

**ME17-0625**   **Hannon, Patrick**   53, W, M   DOD: 11/08/2017   DOB: 10/24/1964

Prisoner: ☒   Infectious: ☐



Front

Back

IV

L R M

F A M    C R M

LETTERS INSCRIBED IN
BLACK INK ON ANTERIOR
THIGHS AND RIGHT
LATERAL ABDOMEN

ID LABEL:
"HANNON, PATRICK"

IV

TATTOO:
SCORPION

AP: 2"
VR: 9 oz
M: 1 oz
___
610
1130/1060

2490/390
CW 440

1550

Date Body Viewed:  09 NOV 2017    Time: 1215

- CONFIDENTIAL -

**University of Florida Pathology Laboratories**                    Page: 1 of  1

Department of Pathology and Laboratory Medicine
4800 SW 35th Drive
Gainesville, FL  32608
Phone: 352-265-9900     Fax: 352-265-9904

| | |
|---|---|
| LAB NUMBER: | R17-02697 |
| NAME: | Hannon, Patrick |
| CASE NO: | 17-625 |
| RECEIPT DATE: | 11/13/2017 |

**Forensic Toxicology Laboratory**

**SUBMITTER:** Dr. William Hamilton, District 8 Medical Examiners Office, 606 SW 3rd Avenue, Gainesville, FL 32601.

**SPECIMENS RECEIVED:**

- A.   Blood, femoral
- B.   Urine
- C.   Vitreous Humor
- D.   Stomach Contents
- E.   Serum

| Analyte | Qualitative Results | Quantitative Results |
|---|---|---|
| **VOLATILES** | | |
| A. Blood | None Detected | |
| B. Urine | None Detected | |
| **COMPREHENSIVE DRUG SCREEN** | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) |
| B. Urine | Etomidate | Positive (tentative ID by GC-MS) |

**RESULT CERTIFICATION:**

Results Certified by:          _~~~~ A. ~~~~~~_

Bruce A. Goldberger, Ph.D., F-ABFT
Director of Toxicology & Professor

R1702697 - 01/ BG                01/17/18      [ 0001 ]
PRINTED:  01/17/18

*Reviewed 02 Feb 2018  WH*

**23 FEBRUARY 2018**
**0920 HRS**

### POSTMORTEM EXAMINATION
### OF THE BODY OF
### ERIC SCOTT BRANCH

The body is that of a well-developed middle aged white man of endomorphic habitus, measuring 65 inches in length and weighing 230 pounds. It is clad in a white long sleeve button down dress shirt with a pair of eyeglasses in shirt pocket, a pair of black suit trousers, white boxer shorts and black cotton shorts. A black suit jacket is folded neatly over the front of the trousers.

Manila identification labels are attached to index fingers of both hands.

Body temperature is cold. Full rigor mortis is present in neck, arms and legs and lividity of violaceous hue is present on posterior dependent surfaces of body.

Electrocardiographic leads are attached to upper right and left anterior chest walls and to left mid and lower abdominal quadrant skin.

Intravascular lines are inserted into punctures in right and left antecubital fossae (elbows). Dissection of the injection sites confirms that catheter tips are appropriately positioned within antecubital vein lumina.

No recent injuries are seen on front or back of body.

Conjunctivae are white, irides blue and pupils are equal, round and 3 mm in diameter.

Scalp, calvarium and skull base are intact. Brain weight is 1440g. Dura and leptomeninges are unremarkable. Cerebral hemispheres are symmetrical and have normal gyral configurations. Arteries of the Circle of Willis are normally distributed and free of

notable congenital anomaly or atheromatous deposit. There is no evidence of asymmetric displacement of brain structures. Multiple coronal cuts through brain and upper cervical spinal cord reveal no other abnormalities.

Oral cavity and neck organ block are free of trauma and obstruction. Thyroid has symmetric lobes of normal size.

Adiposus panniculus has a 5 cm thickness. Pleural, pericardial and peritoneal spaces are free of blood, exudate or adhesions.

Heart weight is 540g. Epicardial surfaces are smooth and glistening. Coronary circulation is right dominant. Epicardial portions of coronary arteries are widely patent. Myocardium is homogeneous red-brown without evidence of recent or remote infarct. Valves and endocardial surfaces are unremarkable. Cardiac chambers are mildly distended with clotted and unclotted blood.

Aorta has minimal atherosclerotic changes throughout its length and vessels originating therefrom are widely patent in proximal portions of their distribution.

Right and left lungs weigh 770g and 660g respectively. Posterior hypostasis is present. Lung substance is mildly to moderately increased in firmness and decreased in crepitance. Sectioned surfaces are congested dark red-purple posteriorly and slightly lighter pink anteriorly. Froth is present in trachea and in major bronchi. Red tinged froth is easily expressed from cut surfaces with slight manual compression. No antemortem diseases or injuries are identified in either lung. Perihilar lymph nodes are mildly enlarged and quite firm. Yellow calcific nodules are identified with sectioning. There is no evidence of active granulomatous disease.

Esophagus is intact. Stomach contains 700 ml of watery brown fluid and tan to pink food particles. No intact capsules, tablets or crystalline residues are recovered from stomach or from proximal small bowel. Gastrointestinal mucosa is autolyzed. Vermiform appendix is present. Large bowel contains a moderate quantity of pasty green-brown stool.

Liver weight is 2390g. Capsular surface is smooth and glistening; sectioned surface is uniform red-brown. Hepatic parenchyma is quite soft. Gallbladder contains several milliliters of golden brown bile. Extrahepatic biliary tree is patent.

Pancreas and adrenal glands are mildly autolyzed.

Spleen weight is 230g. Capsular surface is smooth and grey; sectioned surface is dark red-purple. Splenic parenchyma has a normal firm consistency.

Right and left kidneys have a combined weight of 370g. Cortical surfaces are smooth. Cortices and medullae have normal thicknesses and are distinctly demarcated. Renal vessels, pelvocalyceal systems and ureters are unremarkable. Urinary bladder is markedly distended with 1300 ml of pale straw colored urine. External genitalia are normal male. Penis is circumcised.

No recent bony injuries are seen in axial skeleton or in appendicular skeleton.

BRANCH, ERIC                                                    ME18-133

## AUTOPSY FINDINGS

1. MIDDLE AGED WHITE MAN OF ENDOMORPHIC HABITUS (HEIGHT 65 INCHES, WEIGHT 230 POUNDS)

2. INTRAVENOUS CATHETER TIPS APPROPRIATELY POSITIONED IN LUMINAL OF RIGHT AND LEFT ANTECUBITAL VEINS

3. HEAVY LUNGS (770g/660g) WITH CONGESTION AND EDEMA

**PROBABLE CAUSE OF DEATH:**   **INJECTION OF LETHAL TOXINS**

**MANNER OF DEATH: HOMICIDE**

**WILLIAM F. HAMILTON, M.D.**

04 April 2018

WFH/mb

Processing Worksheets, District 8 Medical Examiner, Gainesville, FL.

Date Printed: 02/23/2018, 6:46:53 AM, Page: 2



ME18-0133   Branch, Eric Scott   47, W, M   DOD: 02/22/2018   DOB: 02/07/1971

Prisoner: ☒   Infectious: ☐

**- CONFIDENTIAL -**

**University of Florida Pathology Laboratories**                    Page: 1 of 1
Department of Pathology and Laboratory Medicine
4800 SW 35th Drive                                   LAB NUMBER:    R18-00428
Gainesville, FL 32608                                NAME:          Branch, Eric
Phone: 352-265-9900    Fax: 352-265-9904             CASE NO:       18-133
                                                     RECEIPT DATE:  02/26/2018

**Forensic Toxicology Laboratory**

---

**SUBMITTER:** Dr. William Hamilton, District 8 Medical Examiners Office, 606 SW 3rd Avenue, Gainesville, FL 32601.

**SPECIMENS RECEIVED:**

- A.   Blood, femoral
- B.   Urine
- C.   Vitreous Humor
- D.   Stomach Contents
- E.   Serum

---

| Analyte | Qualitative Results | Quantitative Results |
|---|---|---|
| **VOLATILES** | | |
| A. Blood | None Detected | |
| B. Urine | None Detected | |
| **COMPREHENSIVE DRUG SCREEN** | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) |
| B. Urine | None Detected | |

**RESULT CERTIFICATION:**

Results Certified by:        _____        Reviewed 25 May 2018

                             Bruce A. Goldberger, Ph.D., F-ABFT
                             Director of Toxicology & Professor

R1800428 - 01/ BG            05/20/18     [ 0001 ]
PRINTED:  05/20/18