# EXHIBIT 1



Governor
RICK SCOTT

Secretary
JULIE L. JONES

**FLORIDA DEPARTMENT of CORRECTIONS**

*Changing Lives to Ensure a Safer Florida*

501 South Calhoun Street, Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

June 30, 2016

Anna Phillips
Tampa Bay Times

    Re:    Public Records Request 15-1062

Dear Ms. Phillips:

Please find this, the Department's response to your May 17, 2016, public records request.

1. In your request (1), you ask for *"[a]ny and all records, including logs or record books regarding the purchase, storage, maintenance, use, distribution, disposal, and expiration dates of midazolam hydrochloride from September 9, 2013 to the present."*

    Records responsive to your request, i.e. logs, are enclosed.

    In an effort to identify "any and all records," an email search has been requested. The Department employs a journaling feature within our Microsoft Exchange Email System. A copy of every message sent to and received within the Department's statewide email system is written into a monthly mailbox (which contains approximately one million messages per mailbox, and four to five mailboxes are generated each month). To conduct an email search, the Department uses Discovery Attender, a software installed on a total of six servers or work stations. Search parameters (key search terms or phrases, names, date ranges, etc.) are keyed into the software which searches the email archives for relevant data. An email search request was submitted for processing to the Department's Office of Information Technology using the search parameters of:

        [midazolam hydrochloride] *GENERATED OR RECEIVED BETWEEN* [September 9, 2013] *AND* [May 17, 2016].

2. In your request (2), you ask for *"[a]ny and all records relating to how FDOC obtained midazolam hydrochloride and/or vecuronium bromide and/or potassium chloride including purchase orders, prescriptions, contracts, invoices, bills, payments, emails, letters, or any other communication relating to the procurement of midazolam hydrochloride and/or vecuronium bromide and/or potassium chloride from September 9, 2013 to the present."*

    Records responsive to your request, i.e. logs, are enclosed.

To identify "any and all records," the Department must employ an email search to determine whether any responsive records in email format exist, as stated above. An email search request was submitted for processing to the Department's Office of Information Technology using the search parameters of:

> [midazolam hydrochloride] *OR* [vecuronium bromide] *OR* [potassium chloride], *GENERATED OR RECEIVED BETWEEN* [September 9, 2013] *AND* [May 17, 2016].

Other records identified by the Department as responsive to your request are confidential and exempt from the provisions of section 119.071(1), Florida Statutes, and section 24(a), Article I, of the Florida Constitution. These records relate to the Department's statutorily mandated duties under chapter 922, Florida Statutes, and pursuant to sections 945.10(1)(e) and (g), Florida Statutes, "[i]nformation which if released would jeopardize a person's safety" and "[i]nformation which identifies an executioner, or any person prescribing, preparing, compounding, dispensing, or administering a lethal injection" are confidential and exempt from public records disclosure.

3. In your request (3), you ask for *"[a]ny and all records relating to FDOC's solicitation of bids for midazolam hydrochloride and/or vercuronium bromide and/or potassium chloride from Sept. 9, 2013 through the present."*

No records responsive to your request have been identified.

4. In your request (4), you ask for *"[a]ny and all records showing the quantity of midazolam hydrochloride and/or vercuronium bromide and/or potassium chloride currently possessed by FDOC."*

Records responsive to your request, i.e. logs, are enclosed.

Sincerely,

*[signature]*
Sarah J. Rumph
Assistant General Counsel

**Drug Name** Vecuronium Bromide 10mg

**NDC #**

| Date | Invoice Number | Received/Used (+ or -) | Balance |
|---|---|---|---|
| | | | 790 |
| 6/18/14 | | -20 FSP | 770 |
| 7/10/14 | | -20 FSP | 750 |
| 9/4/14 | | +40 | 790 |
| 9/12/14 | | +40 | 830 |
| 9/23/14 | | +20 | 850 |
| 10/8/14 | | -330 (expire) | 520 |
| 11/13/14 | | -20 | 500 |
| 12/11/14 | | -350 outdated | 150 |
| | | +170 | 320 |
| 10/5/15 | | -40 Expired | 110 |
| 10/29/15 | | -20 FSP | 90 |
| 10/30/15 | | -20 expired | 70 |
| 1/7/16 | | -20 Expired | 50 |

**Drug Name:** Levetiracetam Bromide 10mg
**NDC #:** [redacted]

| Date | Invoice Number | Received/Used (+ or -) | Balance |
|---|---|---|---|
| 7/3/12 | | 200 (20x10 cases) | 200 |
| 8/16/12 | | -10 (practice) | 190 |
| 10/23/12 | | -20 | 170 |
| 12/11/12 | | -20 (FSP) | 150 |
| 4/10/13 | | -20 (FSP) | 130 |
| 5/1/13 | | -50 outdated | 80 |
| 4/9/13 | | 100 | 180 |
| 5/29/13 | | -20 FSP | 160 |
| 5/30/13 | | -60 outdated | 100 |
| 6/20/13 | | +180 | 280 |
| 9/6/13 | | +200 | 480 |
| 10/1/13 | | -20 (FSP) | 460 |
| 10/15/13 | | -20 (FSP) | 440 |
| 10/28/13 | | +360 | 800 |
| 11/6/13 | | -10 (practice) | 790 |
| 11/12/13 | | -20 (FSP) | 770 |
| 1/7/14 | | -20 (FSP) | 750 |
| 2/14/14 | | -20 (FSP) | 730 |
| 2/26/14 | | -20 (FSP) | 710 |
| 3/20/14 | | -20 FSP | 690 |
| 6/23/14 | | -20 (FSP) | 670 |
| 6/2/14 | | +50 | 720 |
| 6/2/14 | | -130 outdated | 590 |

Notes: exp. date 12/2014; exp date 8/2015; exp date 6/2014

Exp Dates: [illegible]

| Drug Name | Vecuronium Bromide 10mg | | |
|---|---|---|---|
| NDC # | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 2/4/15 | | + 300 | 300 |
| 5/12/15 | | + 10 | 310 |
| 5/14/15 | | + 10 6/16 | 320 |
| 9/4/15 | | + 100 6/16 | 420 |
| 5/3/16 | | - 300 expired | 120 |
| 6/1/16 | | - 50 expired | 70 |

exp: 5/16

**Drug Name:** Vecuronium Bromide 10mg
**NDC #:** [redacted]

| Date | Invoice Number | Received/Used (+ or -) | Balance |
|---|---|---|---|
| 6/17/14 | | + 100 | 100 |
| 2/5/15 | | + 120 | 220 |
| 9/18/15 | | + 20 | 240 |
| 1/7/16 | | - 20 FSP | 220 |
| 2/24/16 | | - 80 expired | 140 |

| Drug Name | Midazolam Inj 5mg/ml | | |
|---|---|---|---|
| NDC # ▮ | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 5/12/15 | ▮ | 70 / 6/6 | 70 |
| | | | |
| | | | |

| Drug Name | Midazolam Inj | 5mg/ml 10x1ml | |
|---|---|---|---|
| NDC # | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 8/6/13 | | +10 | 10 |
| 9/6/13 | | +110 | 120 |
| 8/25/14 | | +200 exp date 6/1/16 | 320 |
| 11/3/14 | | +600 | 920 |
| 6/1/15 | | -120 expired | 800 |
| 10/29/15 | | -20 | 780 |
| 1/7/16 | | -20 | 760 |
| 6/1/16 | | -510 expired | 260 |

exp: 10/1/14
6/15

**Drug Name** Potassium Cl  2meq/ml   25 x 30ml
**NDC #**                                    72 ?

| Date | Invoice Number | Received/Used (+ or -) | Balance |
|---|---|---|---|
| 11/21/14 |  | + 50 | 77? |
| 1/16/15 |  | - 8 FSP | 763? |
| 5/12/15 |  | + 50 | 814 |
| 5/14/15 |  | + 50 | 864 |
| 6/1/15 |  | - ?39 expired 4/7 | ?25 |
| 6/11/15 |  | + 375 expir. fuln | 900 |
| 8/1/15 |  | - 350 expired | 550 |
| 10/29/15 |  | - 8 FSP | 542 |
| 1/7/16 |  | - 8 FSP | 534 |

| Drug Name | Potassium Cl 2meq/mL 25×30mL | | |
|---|---|---|---|
| NDC # | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 12/14/12 | | +50 | 50 |
| 12/20/12 | | +25 | 75 |
| 4/10/13 | | -8 (FSP) | 67 |
| 4/26/13 | | -1 FSP didnot used | 66 |
| 5/27/13 | | +1 | 67 |
| 5/29/13 | | -8 (FSP) | 59 |
| 6/12/13 | | -8 FSP | 51 |
| 6/24/13 | | -8 (FSP) | 43 |
| 8/5/13 | | -8 FSP | 35 |
| 10/1/13 | | -8 (FSP) | 27 |
| 10/12/13 | | +50 | 77 |
| 10/15/13 | | -8 (FSP) | 69 |
| 10/28/13 | | +350 | 419 |
| 11/12/13 | | -8 (FSP) | 411 |
| 1/2/14 | | -8 (FSP) | 403 |
| 2/12/14 | | -8 (FSP) | 394 |
| 2/26/14 | | -8 FSP | 386 |
| 3/20/14 | | -8 (FSP) | 378 |
| 4/24/14 | | -8 FSP | 370 |
| 5/15/14 | | +150 | 520 |
| 6/18/14 | | -8 FSP | 512 |
| 7/10/14 | | -8 FSP | 504 |
| 8/11/14 | | +225 | 729 |
| 11/3/14 | | -8 FSP | 721 |

Exp. date 6/2016

| Drug Name | Potassium Cl 2meg/ml 25x10ml | | | |
|---|---|---|---|---|
| NDC # | | | | |
| Date | Invoice Number | Received/Used (+ or -) | | Balance |
| 6/2/15 | | +0 | 2/17 | 50 |
| | | | | |

| Drug Name | Midazolam Injs 5mg/ml (10x10ml) | | |
|---|---|---|---|
| NDC # | ▓▓▓ | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 9/6/13 | ▓▓▓ | + 240 | 240 |
| 5/15/14 | | + 100 | 340 |
| 5/1/15 | | - 340 | 0 |

exp 5/1/15
aug/15

| Drug Name Midazolam Inj; 5mg/ml (10x10ml) | | | |
|---|---|---|---|
| NDC # | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 8/6/13 | | +10 | 10 |
| 9/6/13 | | +480 | 490 |
| 1/13/14 | | -20 ESP | 470 |
| 1/16/15 | | -20 ESP | 450 |
| 3/9/15 | | -450 expired | 0 |

3/1/2015

exp date 3/15

**Drug Name** Vecuronium Bromide 10mg

**NDC #** [redacted]

| Date | Invoice Number | Received/Used (+ or -) | Balance |
|---|---|---|---|
| 11/14/13 | | 70 | 70 exp date 4/2015 |
| 1/16/15 | | -20 Fsp | 50 |
| 3/31/15 | | -50 Expired | 0 |

| Drug Name | Vecuronium Bromide 10mg | | |
|---|---|---|---|
| NDC # | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 9/11/12 | | 8 (8x10 vials) | 80 |
| 6/12/13 | | -20 (1=5p) | 60 |
| 6/24/13 | | -20 (1=5p) | 40 |
| 8/15/13 | | -20 (1=5p) | 20 |
| 10/6/13 | | -20 (1=5p) | 0 |

Exp Date: 12/13

**Drug Name:** Midazolam Inj. 5mg/ml (10x10ml)  
**NDC #:** [redacted]  
**Exp. Date:** 7/14

| Date | Invoice Number | Received/Used (+ or -) | Balance |
|---|---|---|---|
| 8/6/13 | | +10 | 10 |
| 9/6/13 | | +480 | 490 |
| 10/15/13 | | -20 (FSP) | 470 |
| 11/12/13 | | -20 (FSP) | 450 |
| 1/7/14 | | -20 (FSP) | 430 |
| 2/14/14 | | -20 (FSP) | 410 |
| 2/26/14 | | -20 (FSP) | 390 |
| 3/20/14 | | -20 (FSP) | 370 |
| 4/23/14 | | -20 (FSP) | 350 |
| 6/18/14 | | -20 FSP | 330 |
| 6/19/14 | | -330 expired | 0 |

| Drug Name | Midazolam HCL 5mg/ml 10X10ml | | Exp Date? 9/1/14 |
|---|---|---|---|
| NDC # | | | |
| Date | Invoice Number | Received/Used (+ or -) | Balance |
| 6/20/13 | | + 240 | 240 |
| 8/6/13 | | + 10 | 250 |
| 8/18/13 | | - 10 | 240 |
| 2/10/14 | | -20 FSP | 220 |
| 9/1/14 | | -220 Expired | 0 |